IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QBE INSURANCE CORPORATION, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0054-KD-C |
| | ) |
| WHISPERING PINES CEMETERY, LLC, | ) |
| QUEEN PETTWAY, CARLIS EATON, | ) |
| ROSIE MAY ABRAMS, COURTNEY | ) |
| VASHAY, JERMAINE ABRAMS, | ) |
| TAMARA MARTIN, and LESESTER | ) |
| WILLIAMS, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This action is before the Court on the Suggestion of Bankruptcy of Whispering Pines Cemetery, LLC. filed by plaintiff QBE Insurance Corporation (doc. 5). Plaintiff notifies the Court that on February 3, 2012, defendant Whispering Pines Cemetery, LLC, filed a Petition for Relief under Chapter 11 in the United States Bankruptcy Court for the Southern District of Alabama, Case Number 12-00369.

Accordingly, this action is **STAYED** as to this defendant pursuant to 11 U.S.C. § 362(a). **Plaintiff** is **ORDERED** to file a status report on or before **June 4, 2012,** to advise the Court as to the status of the bankruptcy and this litigation.

This stay shall have no effect upon plaintiff's claims against the remaining defendants and this action shall proceed as to those defendants.

**DONE** and **ORDERED** this the 28th day of February, 2012.

    s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**